UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

LP

Jonathan Lee Riches©,
Plaintiff

CIVIL NO: 07-5472

v.

Michael Barkann d/b/a Daily News Live Host a/k/a Comcast Sports Net; Eagles Post Game Live; SportsRise; Monday Night Live; Neil Hartman; Leslie Gudel; Dick Jerardi; Ray Didinger; Derrick Gunn; Dei Lynam; Mitch Williams; Rich Hofmann; Stephen A. Smith; Phil Jasner; Dana Pennett O'Neil; Bill Lyon; Bill Conlin; Larry Merchant; Paul Hagen; Stan Hochman; Pat McLoone; Todd Zolecki; David Aldridge; Phil Andrews; Tim Panaccio; Tom Stathakes; Bob Ford; Stephanie Smith; Ed Rendell,
Defendants

Complaint

Comes now the Plaintiff, Jonathan Lee Riches©, in pro se, moves under 42 USC 1983 and TRO restraining order banning all sports talk in Philadelphia. Each defendant used slander against me and defamation of character in July 2005. I sued Michael Vick for abusing my dogs, these Defendants then wrote and reported my case without my consent. Each defendant has been harassing me at FCI Williamsburg for interviews. I get postcards, letters of inquiry. I'm in solitary confinement because of defendants. Defendants also told FCI Williamsburg to take my television away forbidding me from watching Comcast sports net, this is a 8th amendment violation for cruel and unusual punishment. I seek $60 million dollars

Jonathan Lee Riches©
#40948-018
FCI Williamsburg  843-387-9400
P.O. Box 340
Salters, S.C. 29590

Respectfully Submitted
Jonathan Lee Riches©

DATE: _____
Attorney-at-Law
NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.
DATE: DEC 21 2007
Deputy Clerk
Attorney I.D.#
CIV 609 (9/99)